Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@clarencedyer.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENNETT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF FAIRFIELD, FAIRFIELD DETECTIVE PAULA GULIAN, in her individual capacity, and DOES 1 through 20,<br><br>　　　　　Defendants. | Case No. **09-00244 JAM KJM**<br><br>***REVISED* JOINT STIPULATION AND MOTION TO EXTEND TIME AND ORDER** |

　　　　Pursuant to Eastern District of California Local Rules 83-143 and 6-144, the parties to the above-entitled action stipulate and hereby jointly move the Court to extend the discovery dates in this case. The dispositive motions filing and hearing dates as well as the pretrial and trial dates would remain the same.

　　　　This request is based on the parties' desire to attend private mediation prior to retaining experts.

PDF created with pdfFactory trial version www.pdffactory.com

The new dates the parties' request the Court to set are as follows:

| | |
|---|---|
| Fact discovery cut-off: | May 4, 2010 |
| Expert reports to be exchanged by: | May 14, 2010 |
| Expert discovery cut-off: | May 26, 2010 |

Dated: February 5, 2010

/s/ - "Karen L. Snell"
Karen L. Snell
Attorney for Plaintiff Michael Bennett

Dated: February 5, 2010

/s/ - "Kim Colwell"
Kim E. Colwell
Meyers Nave
Attorney for Defendants

IT IS SO ORDERED.

Dated: February 8, 2010

/s/ John A. Mendez
Hon. John Mendez
United States District Court Judge

ASPER, MEADOWS,
CHWARTZ & COOK
21 N. California Blvd.,
Suite 1020
lnut Creek, CA 94596
EL: (925) 947-1147
AX: (925) 947-1131

PDF created with pdfFactory trial version www.pdffactory.com