Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@clarencedyer.com

Attorneys for Plaintiff
MICHAEL BENNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENNETT,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF FAIRFIELD, FAIRFIELD DETECTIVE PAULA GULIAN, in her individual capacity, and DOES 1 through 20,<br><br>            Defendants. | Case No. **09-00244 JAM KJM**<br><br>**STIPULATION FOR DISMISSAL (RULE 41(a)(1) F.R.C.P.)** |

TO THE HONORABLE JOHN A. MENDEZ OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

The parties hereto, by and through their respective counsel of record, stipulate and agree that pursuant to the terms of the settlement reached between the parties', this action shall be voluntarily dismissed with prejudice, each party to bear its own costs and attorneys' fees.

*Bennett v. Gulian, et al.* 09-244 JAM KJM
STIPULATION FOR DISMISSAL
1

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: May ___, 2010         /s/ "Andrew C. Schwartz"
                             Andrew C. Schwartz
                             **CASPER, MEADOWS, SCHWARTZ & COOK**
                             ATTORNEYS FOR PLAINTIFF

Dated: May ____, 2010         /s/
                             Kimberly Colwell, Esq.
                             **MEYERS, NAVE, RIBACK, SILVER & WILSON**
                             ATTORNEYS FOR DEFENDANTS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 18, 2010         /s/ John A. Mendez
                             HONORABLE JOHN A. MENDEZ

CASPER, MEADOWS,
SCHWARTZ & COOK
21 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Bennett v. Gulian, et al.*  09-244 JAM KJM

STIPULATION FOR DISMISSAL

2

PDF created with pdfFactory trial version www.pdffactory.com